IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Solorio, Patricia M | Case Number: 04 B 30725 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/28/07 | Filed: 8/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 19, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 23,292.00 |  |
| Secured: |  | 7,337.02 |
| Unsecured: |  | 12,560.26 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,194.72 |
| Other Funds: |  | 0.00 |
| Totals: | 23,292.00 | 23,292.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | General Motors Acceptance Corp | Secured | 7,337.02 | 7,337.02 |
| 3. | General Motors Acceptance Corp | Unsecured | 2,889.25 | 3,657.47 |
| 4. | ECast Settlement Corp | Unsecured | 1,037.10 | 1,312.85 |
| 5. | ECast Settlement Corp | Unsecured | 663.21 | 839.54 |
| 6. | Resurgent Capital Services | Unsecured | 4,302.98 | 5,447.10 |
| 7. | Capital One | Unsecured | 1,029.56 | 1,303.30 |
| 8. | Republic Bank | Secured |  | No Claim Filed |
| 9. | Providian Processing | Unsecured |  | No Claim Filed |
| 10. | Republic Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,459.12 | $ 22,097.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 210.27 |
| 4% | 77.64 |
| 3% | 58.23 |
| 5.5% | 338.07 |
| 5% | 97.04 |
| 4.8% | 186.35 |
| 5.4% | 227.12 |
|  | _____ |
|  | $ 1,194.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Solorio, Patricia M | Case Number:  04 B 30725 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  12/28/07 | Filed:  8/18/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

